# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>IMMANUEL LEE WILLIAMS, and<br>CARA LEE WILLIAMS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 8:13 MJ 1758 AEP<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 5, 2012 to the present  in the county of      Hillsborough      in the
    Middle    District of   Florida and elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 1951 and 371 | Conspiracy to Obstruct, Delay, or Affect Commerce by Robbery, and Conspiracy to Commit Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph M. Boland, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/7/13

*Judge's signature*

City and state:           Tampa, FL                    ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Joseph M. Boland (hereinafter, the "Affiant"), being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), assigned to the Tampa Division. I have been employed as a SA with the FBI for over five years.

2. In connection with my official duties, I investigate criminal violations of federal laws, including but not limited to, Title 21, United States Code, Sections 841, 843, 846 and 848 (drug trafficking offenses); Title 21, United States Code, Sections 960 and 963 (drug importation and exportation offenses); Title 18, United States Code, Sections 1956 and 1957 (money laundering offenses); and Title 18, United States Code, Sections 922 and 924 (firearms violations). I have received specialized training in the enforcement of laws regarding controlled substances, as found in Title 21 of the United States Code. Prior to this assignment I was assigned to the Memphis Division of the FBI for approximately two (2) years. Additionally, I completed 21 weeks of training at the FBI Academy, which included training in advanced techniques such as undercover operations and Title III wiretaps. I have testified in judicial proceedings and prosecutions for the violation of controlled substance laws. I have received specialized training in illegal drug smuggling and distribution investigations, and have participated in numerous illegal drug investigations. In addition, I have debriefed and participated in the debriefings of defendants, informants, and witnesses who had personal knowledge of major drug trafficking organizations. I have participated in various aspects of drug

investigations, including conducting surveillance, analyzing information obtained from court-ordered pen register/trap and trace intercepts, and analyzing telephone toll information obtained as a result of administrative subpoenas issued by the FBI.

3. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am empowered by law to conduct investigations of, and to make arrests for, violations of Federal Statutes, including violations of Title 18, United States Code, Sections 1951 and 371.

4. This investigation involves a series of bank robberies that occurred in the Middle District of Florida between December 2012 and October 2013. The investigation concerns possible violations of, inter alia, Title 18, United States Code, Sections 1951 and 371. As described more fully herein, the investigation has identified two subjects, **IMMANUEL LEE WILLIAMS and CARA LEE WILLIAMS**, a married couple, residing in the Middle District of Florida, believed to be responsible for the aforementioned violations. I am familiar with the facts and circumstances of this investigation either as a result of my personal involvement or as a result of other information being made available to me by other sources, including from other law enforcement personnel. Thus, the information provided herein is based upon this combined knowledge, as well as my experience and background.

5. I submit this Affidavit in support of the attached criminal complaint against **IMMANUEL LEE WILLIAMS and CARA LEE WILLIAMS**. For the reasons set forth below, there is probable cause to believe that **IMMANUEL LEE WILLIAMS and CARA LEE WILLIAMS** have committed violations of Title 18, United States Code, Sections 1951 and 371. This affidavit does not set forth all information known to me and other

2

agents concerning the investigation giving rising to the facts of this case. Rather, it merely sets forth those facts needed to establish probable cause in support of the requested criminal complaint. The source of my information and the grounds for this belief are as follows:

## STATEMENT OF PROBABLE CAUSE

6. From December 5, 2012 to October 15, 2013, there have been thirteen bank robberies in the Middle District of Florida committed in a similar manner by an individual with a distinctive appearance. The suspect in the robberies has been described by witnesses, and as seen on surveillance video, as being a black male, approximately six feet tall, and weighing approximately two hundred pounds. In each of the robberies, the black male wore long sleeved shirts, a hat and/or a wig, and gloves and/or tape on his hands or fingers. Further, the black male passed the victim tellers demand notes that were similar in content and the style with which they were written. In at least two of the robberies, the suspect showed the tellers that he possessed a gun on his person. In some of the other robberies, the suspect indicated to the tellers that he possessed a gun or some other type of weapon.

7. The following is a list of the robberies being investigated: (1) Chase Bank in Tampa (December 5, 2012); (2) Chase Bank in Brandon (January 9, 2013); (3) SunTrust Bank in Seffner (January 9, 2013); (4) Chase Bank in Lakeland (January 19, 2013); (5) Chase Bank in Orlando (January 22, 2013); (6) Chase Bank in Tampa (February 7, 2013); (7) Bank of America in Auburndale (February 21, 2013); (8) Edison National Bank in Ft. Myers (August 22, 2013); (9) Bank of America in Auburndale (August 28, 2013); (10) MidFlorida Credit Union in Davenport (August 28, 2013); (11)

MidFlorida Credit Union in Plant City (September 27, 2013); (12) BBVA Compass in Ocala (October 15, 2013); and (13) Center State Bank in Bushnell (October 15, 2013).

8. In some of the robberies, the demand notes have been recovered. In others, the notes have not been recovered but the tellers have described them. As stated above, the notes resemble each other in terms of content and style. For example, the victim teller at the robbery of the Chase Bank on December 5, 2012 described the demand note as being written on a three inch by five inch card with black block lettering. On October 15, 2013, the victim teller at the Center State Bank in Bushnell also described the demand note as being written on a three inch by five inch index card with black lettering. Investigators recovered the demand note from the January 9, 2013 SunTrust robbery. That note was written on a yellow index card with black lettering, using block-style letters and exclamation points. Similarly, the demand note from the February 7, 2013 Chase Bank robbery was written on a yellow index card in black block-style lettering and used exclamation points, along with underlining certain words. Investigators also recovered the demand note from the robbery of the Edison National Bank on August 22, 2013. That note was written on a yellow index card and used black block-style lettering, exclamation points, and underlining. The demand note used during the August 28, 2013 robbery of the MidFlorida Credit Union had been written on a pink index card in black block-style lettering. The note used exclamation points and underlining. The majority of the demand notes from the robberies have demanded the same denominations of US currency (100s, 50s and 20s).

9. Two of the robberies occurred on August 28, 2013. On that date, the Bank of America in Auburndale and the MidFlorida Credit Union in Davenport were

robbed approximately one hour and five minutes apart by a black male wearing the same clothing and same type of wig. Surveillance video from a business in close proximity to the MidFlorida Credit Union in Davenport captured the black male getting into the passenger seat of a black sports utility vehicle, believed to be a Mercedes-Benz, following the robbery.

10. A request was sent to the Florida Department of Transportation's Turnpike Authority to review surveillance video for any and all vehicles similar to a black sport utility vehicle that may have passed through the eastbound toll plaza located at State Road 570 (Polk Parkway), north of Old Dixie Highway near Auburndale. The toll plaza is in close proximity to the Bank of America in Auburndale that was robbed on August 28, 2013.

11. Following that request, the Turnpike Authority returned images that included a black 2011 Mercedes-Benz GLK 350, bearing Florida license plate 3086HE passing (northbound) through the easternmost toll plaza approximately eleven minutes after the robbery at the Bank of America in Auburndale.

12. Investigators drove from that Bank of America in Auburndale to the easternmost toll plaza of the Polk Parkway. The trip took approximately eleven minutes.

13. A check of the Florida Driver and Vehicle Information Database (DAVID) revealed that a black 2011 Mercedes-Benz GLK 350, bearing Florida license plate 3086HE is registered to **CARA LEE WILLIAMS**. **CARA LEE WILLIAMS** is a white female who resides at xxxxx North xxxxxxxx Drive, Apartment xxxx, Tampa, in Hillsborough County, in the Middle District of Florida (address redacted here and

5

elsewhere for privacy considerations). Further, a white 2012 Ford Mustang, bearing Florida license plate AQII07 is registered to **CARA LEE WILLIAMS**, under her maiden name, Cara Lee Cochran, at the same address.

14. As stated above, one of the robberies under investigation occurred at the Edison National Bank in Ft. Myers on August 22, 2013. As with the other robberies described herein, the suspect was described as a black male, approximately six feet tall, approximately two hundred pounds, and wearing an Afro-style wig. The video surveillance shows him to have physical features similar to the suspect believed to be involved in the other robberies. Following the robbery, the suspect fled the bank on foot and was then seen entering the passenger seat of a white Ford Mustang driven by a white female.

15. A public records check revealed that **CARA LEE WILLIAMS** is married to **IMMANUEL LEE WILLIAMS**, a black male, whose height is listed as 6'01." **IMMANUEL LEE WILLIAMS** has a Florida driver's license which lists the same address in Tampa as **CARA LEE WILLIAMS**. According to DAVID, **IMMANUEL LEE WILLIAMS** received traffic citations earlier this year while driving each of the two vehicles registered to **CARA LEE WILLIAMS**.

16. One of the robberies occurred on September 27, 2013 at the MidFlorida Credit Union in Plant City. On that occasion, at approximately 12:00 p.m., a black male, approximately six feet tall, weighing approximately two hundred pounds, and wearing an Afro-style wig, robbed the bank by passing a demand note to the teller. Video surveillance obtained that day from the entrance of the **WILLIAMS'** apartment complex shows that, at 12:24 p.m., approximately seventeen minutes after police received the

alarm regarding the robbery, a black sports utility vehicle entered the apartment complex. Approximately five minutes later, a white two-door sedan entered the complex. Both vehicles, which appeared similar to the vehicles registered to **CARA LEE WILLIAMS**, drove through the front gate towards the **WILLIAMS'** residence.

17. Plant City investigators later discovered surveillance video from a business close to the bank. Still images show what investigators believe to be the suspect fleeing the bank on foot to a vehicle that appears to be a black sports utility vehicle, similar to the Mercedes-Benz registered to **CARA LEE WILLIAMS**. That vehicle then departed the area. The time stamp on these still images ranges from 9:12 to 9:13 a.m. Investigators observed that the surveillance video time stamp was approximately 3 hours behind the actual time, which would make the actual time approximately 12:12 p.m. and which is consistent with the time of the robbery.

18. At several of the robberies, the suspect has been observed fleeing on foot without immediately getting into a car. This fact, coupled with witness reports and surveillance video showing a second person driving a get-away vehicle at some of the robberies, suggests the involvement of an accomplice and communications with that person to coordinate a meeting point. In addition, investigators have obtained latent prints from certain items and locations at the crime scenes. To date, none of those latent prints have matched known prints belonging to **IMMANUEL LEE WILLIAMS**.

19. Investigators identified (205) xxx-xxxx (Target Telephone 1) as being used by **IMMANUEL LEE WILLIAMS**, with Verizon as the service provider. In addition to obtaining this information through checks of commercial databases, investigators have discovered that **IMMANUEL LEE WILLIAMS** provided this number on two different

7

occasions in July 2013 at local pawn shops. Meanwhile, **CARA LEE WILLIAMS'** phone number has been identified through commercial database checks and other sources as (813) xxx-xxxx (Target Telephone 2), with Verizon as the service provider (phone numbers redacted for privacy considerations).

20. Agents obtained from Verizon Wireless historical cell phone records pertaining to Target Telephone 1 and Target Telephone 2. Verizon Wireless confirmed the subscriber for both phones as "**CARA L. WILLIAMS**" with a Tampa address that matched her DAVID address. In addition, the requested records, which spanned the period of December 1, 2012 to October 1, 2013, helped investigators to ascertain the following information.

21. On December 5, 2012 at 10:44 a.m., Target Telephone 2 utilized a cellular telephone tower located at 4830 W. Kennedy Blvd. Tampa, Florida. At approximately 10:53 a.m. the Chase Bank located at 4601 W. Kennedy Blvd. Tampa, Florida was robbed by a suspect believed to be **IMMANUEL LEE WILLIAMS**. The cell phone tower is less than one-half mile from the Chase Bank. Target Telephone 2 next utilized a cellular telephone tower on the same date at 11:00 a.m. This tower was located at 1707 West Green Street Tampa, Florida, to the north of I-275. This tower is located approximately three miles from the Chase Bank and is consistent with travel in the direction of the **WILLIAMS'** residence.

22. On January 19, 2013 at 10:34 a.m., Target Telephone 2 utilized a cellular telephone tower located at 5523 US Highway 98 Lakeland, Florida. At approximately 11:08 a.m., the Chase Bank located at 4820 S. Florida Avenue Lakeland, Florida was robbed by a suspect believed to be **IMMANUEL LEE WILLIAMS**. The cellular

telephone tower is located approximately 9.5 miles from the Chase Bank; the tower is approximately 34 miles from the **WILLIAMS'** residence.

23.  A review of the historical cellular telephone records associated with Target Telephone 1 reveals that at the time of the majority of the robberies, the phone was turned off, forwarding calls to voicemail, or did not receive any phone calls. One exception occurred on January 9, 2013. On that date, the Chase Bank in Brandon was robbed at 11:48 a.m. by a suspect believed to be **IMMANUEL LEE WILLIAMS**. Target Telephone 1 received an incoming call at 11:46 a.m. The phone call was twenty-four seconds long and Target Telephone 1 utilized a cellular tower located at 3502 Bouganvilla Ave., Tampa, Florida. This tower is located close to the **WILLIAMS'** residence. It is believed that Target Telephone 1 was left at home during this robbery.

24.  On February 20, 2013, the day before the Bank of America in Auburndale was robbed by a suspect believed to be **IMMANUEL LEE WILLIAMS**, Target Telephone 1 received a phone call from Target Telephone 2 at 1:21 p.m. The phone call was approximately thirty-seven minutes in duration. Target Telephone 1 used Verizon tower 231, located at 1123 Taylor Street, in Auburndale, at the beginning of the call. This is approximately four miles from the bank that was robbed in Auburndale the next day; the tower is approximately 39 miles from the **WILLIAMS'** residence. According to the Verizon records, Target Telephone 1 utilized this tower on only one other occasion between December 2012 and October 2013. When the phone call terminated on February 20, 2013, Verizon records show that Target Telephone 1 utilized Verizon tower 267, located at 3014 Jacque Lee Lane, in Lakeland. According to Verizon records, Target Telephone 1 only used this tower in Lakeland on this one

9

occasion between December 2012 and October 2013. These two towers are located approximately 6.5 miles apart. The length of the call, the tower locations, the rarity of the tower usage by IMMANUEL LEE WILLIAMS on all other occasions, and the proximity of these calls in date and time to the robbery the following day, suggest that IMMANUEL LEE WILLIAMS may have been in this area on February 20 in order to case the Bank of America.

25. Law enforcement has conducted physical surveillance on IMMANUEL LEE WILLIAMS and CARA LEE WILLIAMS on various dates beginning on September 27, 2013.

26. Over the course of several days of surveillance, the agents have been unable to ascertain a work-place outside of the home for either IMMANUEL LEE WILLIAMS or CARA LEE WILLIAMS. Although agents have determined that CARA LEE WILLIAMS receives what appears to be biweekly paychecks from a business, the agents have also determined from a review of bank records and other sources that the income received by IMMANUEL LEE WILLIAMS and CARA LEE WILLIAMS is exceeded significantly by their liabilities. IMMANUEL LEE WILLIAMS is a part-time / temporary employee of the United States Postal Service; he began working there in March 2013 but has not worked since early August 2013. There were no bank robberies linked to these suspects between February 22, 2013 and August 21, 2013, which coincides generally with the period during which IMMANUEL LEE WILLIAMS was employed.

27. Meanwhile, during the physical surveillance in this investigation, agents have followed IMMANUEL LEE WILLIAMS and CARA LEE WILLIAMS on several

occasions to the Hard Rock Seminole Casino in Tampa, Florida. Investigation has revealed that **IMMANUEL LEE WILLIAMS** has what is described as a "player card" at this casino.

28. On January 9, 2013, a suspect believed to be **IMMANUEL LEE WILLIAMS** robbed the Chase Bank in Brandon, Florida and the SunTrust Bank in Seffner, Florida while wearing a black baseball-style hat. Law enforcement has subsequently identified that hat as one that was provided to patrons of the Hard Rock Seminole Casino at some point prior to January 9, 2013. The hat was given as a gift by the casino to patrons who not only possessed a "player card" but who also gambled at the casino with a certain level of frequency.

29. On October 16, 2013, one day after the two bank robberies in Ocala and Bushnell, Florida (where a total of approximately $6,960.00 was stolen), **IMMANUEL** and **CARA LEE WILLIAMS** were observed entering a mall in Brandon, a Dick's Sporting Goods store, a Target store, and a Publix supermarket. While at the Publix, **CARA LEE WILLIAMS** sent a Western Union money order in the amount of $450.00 in cash to Ford Motor Credit. **CARA LEE WILLIAMS** signed with her maiden name and paid with one $100 bill and seven $50 bills.

30. The investigation has found that the suspect in all of the robberies has worn long sleeves. Also, the suspect has been captured on surveillance video or described by witnesses in several of the robberies as covering the back of his left hand by utilizing different types of clothing and/or gloves. In several of the robberies, the suspect can be seen in surveillance images covering his left thumb. It is believed that, at several of the robberies, the suspect was trying to cover some type of mark or

anomaly on his left hand and thumb. A search of social networking sites has found publicly-available photographs of **IMMANUEL LEE WILLIAMS** on his sister-in-law's Facebook page. In the majority of the publicly-available photographs, **IMMANUEL LEE WILLIAMS** wears long sleeve shirts and appears to intentionally hide his left hand from the camera.

31. In one of the few publicly-available photographs that shows **IMMANUEL LEE WILLIAMS'** left hand, investigators were able to magnify the left thumb area. In so doing, they observed what appeared to be a scar that ran from the top of the thumbnail to the base of the thumb. Meanwhile, in surveillance video from the August 28, 2013 Bank of America robbery in Auburndale, the suspect's left thumb is visible. A close analysis of that video shows what appears to be a scar on the left thumb.

32. Investigators have reviewed records obtained from **CARA LEE WILLIAMS'** former employer, JPMorgan Chase Bank. Those records show that **CARA LEE WILLIAMS** used a vacation day on December 5, 2012, which was the date that a Chase Bank in Tampa was robbed by a suspect believed to be **IMMANUEL LEE WILLIAMS**.

33. Based on publicly-available information from Facebook, it is believed that **CARA LEE WILLIAMS** gave birth to a child on approximately December 15, 2012. Her employment records show that she did not return to work until January 28, 2013. Four of the bank robberies believed to have been committed by **IMMANUEL LEE WILLIAMS** occurred in January 2013.

34. **CARA LEE WILLIAMS'** employment records also show that she was absent from work on unapproved sick days on February 7 and February 21, 2013. On

the first of those days, **IMMANUEL LEE WILLIAMS** is believed to have robbed a Chase Bank in Tampa, and on the second of those days, he is believed to have robbed the Bank of America in Auburndale.

35. Meanwhile, on October 29, 2013 agents observed **CARA LEE WILLIAMS** driving the 2011 Mercedes-Benz GLK 350, bearing Florida license plate 3086HE. Agents observed **IMMANUEL LEE WILLIAMS** sitting in the back seat of the vehicle after the couple dropped their child off at daycare.

36. Subsequently, **CARA LEE WILLIAMS** drove her vehicle east from the Brandon area on route I-4. The Mercedes-Benz exited I-4 first at exit 92 E. Altamonte Drive Springs. **CARA LEE WILLIAMS** parked the vehicle in close proximity to a bank but neither occupant exited the vehicle. The vehicle then continued on I-4 and exited at 101B H.E. Thomas Jr. Parkway and passed several banks before reentering the interstate. The vehicle exited I-4 at 104 W. Seminole Boulevard, made a quick U-turn and returned to I-4, heading east. The vehicle continued to exit 111 and made various U-turns before stopping in close proximity to two banks. The vehicle re-entered I-4, headed west, and exited at exit 108. Thereafter, **CARA LEE WILLIAMS** parked the vehicle at a gas station. **IMMANUEL LEE WILLIAMS** was not observed outside the vehicle.

37. On October 29, 2013, after the stop at the gas station, **CARA LEE WILLIAMS** drove the vehicle to I-4, headed west, and traveled at speeds in excess of 100 miles per hour. The vehicle exited at exit 94, made a U-turn, and drove down a street before parking in close proximity to two banks. After sitting in view of the two banks for several minutes, **CARA LEE WILLIAMS** drove on local roads, returning to the area of exit 92, and parked at a gas station in close proximity to where they had been previously observed earlier in the day. **CARA LEE WILLIAMS** eventually returned to I-4 and headed west to return to their residence in Tampa.

38. In the course of the investigation, agents have obtained tracking warrants for each of the two vehicles registered to **CARA LEE WILLIAMS**. The tracking device on the Ford Mustang indicates that the vehicle has remained parked in the garage of the **WILLIAMS'** residence since the evening of November 2, 2013. During physical surveillance on November 4 and 5, 2013, agents did not see either suspect at their residence.

39. Using records checks and other open-source research, agents have determined that **CARA LEE WILLIAMS** is from Alabama and that her parents currently reside there. **CARA LEE WILLIAMS** and **IMMANUEL LEE WILLIAMS** traveled to Alabama as recently as August 2013.

40. On November 4, 2013, a bank robbery occurred at the Trinity Bank in Dothan, Alabama. Witnesses at that robbery described the suspect as a white female wearing a disguise. The note used by the suspect was similar in content and style to the notes used in the Middle District of Florida robberies (as described above). The note, which was handwritten in black ink, with all capital letters, stated: "THIS IS A

BANK ROBBERY! I HAVE A GUN SO BE QUIET & FAST & NO ONE GETS HURT! HAND ME ALL YOUR 20s, 100s, & 50s! BE FAST & NO ALARMS!!" The white female suspect in this robbery is believed to be **CARA LEE WILLIAMS**.

41. On November 6, 2013, agents obtained from Verizon Wireless additional historical cell phone records pertaining to Target Telephone 1 and Target Telephone 2. Those historical cell phone records included location information, which placed both Target Telephone 1 and Target Telephone 2 in the same geographic area for the time period of November 1, 2013 through November 6, 2013. In particular, the records showed that Target Telephone 1 and Target Telephone 2 were in Tampa until early on the morning of November 4 and then proceeded together towards northern Florida and Alabama. The records showed that Target Telephone 2 was in Dothan, Alabama on November 4 at approximately 12:01 p.m. local time. The location of the device was approximately one mile from the bank robbery that occurred at approximately the same time that day. After that robbery took place on November 4, the records show Target Telephone 1 and Target Telephone 2 leaving the Dothan, Alabama area and proceeding to Panama City, Florida.

42. On November 6, 2013, a bank robbery occurred at the Alabama Credit Union in Gulf Shores, Alabama, which is approximately 136 miles from Panama City, Florida. Witnesses at the robbery described the robber as a black male, approximately 6 feet tall, wearing a dark shirt and dark-framed glasses. The note used by the suspect was similar in content and style to the notes used in the Middle District of Florida robberies (as described above). The note, which was handwritten in black ink, with all capital letters, stated: "THIS IS A BANK ROBBERY! I HAVE A GUN, SO NO ALARMS

15

& BE FAST!! GIVE ME ALL MONEY IN YOUR DRAWER! BE QUIET & FAST AND NO ONE WILL GET HURT!" A review of the surveillance photographs of the robbery revealed that the subject of this bank robbery matched the disguise and physical description as the previous thirteen bank robberies that occurred in the Middle District of Florida (as described above). It is believed that **IMMANUEL LEE WILLIAMS** is the subject of this bank robbery as well.

43. Agents have verified that all thirteen of the banks robbed in the Middle District of Florida, as well as the two banks robbed in Alabama, are federally-insured by either the Federal Deposit Insurance Corporation or the National Credit Union Association. All of the banks suffered losses of federally-insured money as a result of the robberies. The total loss from all of the robberies is approximately $54,740.00, with the largest single loss occurring during the August 28, 2013 robbery of the MidFlorida Credit Union in Davenport, Florida, where approximately $9,880.00 was taken by the suspects. Further, agents have determined that of the victim banks, at a minimum, Chase Bank, SunTrust Bank, Bank of America, and BBVA Compass all conduct business and have branches located in multiple states.

44. Based on the forgoing, I believe that probable cause exists to believe that IMMANUEL LEE WILLIAMS and CARA LEE WILLIAMS did conspire to obstruct, delay, or affect commerce by robbery, in violation of Title 18, United States Code, Section 1951 and also did conspire to commit bank robbery, in violation of Title 18, United States Code, Section 2113, in further violation of Title 18, United States Code, Section 371. Therefore, I respectfully request that the Court approve the attached criminal complaint and issue the arrest warrants.

Further Your Affiant sayeth not.

Joseph M. Boland, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 7th day of November, 2013, in Tampa, Florida.

ANTHONY E. PORCELLI
United States Magistrate Judge